UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10-CR-49-1D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| CORIE JAQUAN BATTS | |

On motion of the Defendant, Corie Jaquan Batts, and for good cause shown, it is hereby ORDERED that the Motion at Docket Entry #31 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney and Counsel for the Defendant.

IT IS SO ORDERED.

This 2 day of February, 2011.

JAMES C. DEVER, III
United States District Judge